```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 39921
   EDWARD J WHITAKER
   MARVELL GOSS WHITAKER                       CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-8702    SSN XXX-XX-4724

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/27/2004 and was confirmed 01/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  43.78% from remaining funds.

     The case was paid in full 11/07/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
CARMAX AUTO FINANCE        SECURED            4845.00       129.37        4845.00
WELLS FARGO                CURRENT MORTG         .00           .00            .00
RESURGENT ACQUISITION LL   UNSECURED         21677.99          .00        9490.84
AURORA LOAN SERVICES       UNSECURED OTH     2406.09          .00        1054.28
ROUNDUP FUNDING LLC        UNSECURED        29541.54          .00       12933.58
ROUNDUP FUNDING LLC        UNSECURED        10961.33          .00        4798.98
BROTHER LOAN & FINANCE     UNSECURED OTH      613.74          .00         268.40
CARSON PIRIE SCOTT         UNSECURED OTH      758.43          .00         331.68
ECAST SETTLEMENT CORP      UNSECURED        12609.16          .00        5520.42
HOME DEPOT CREDIT SERVIC   UNSECURED        NOT FILED         .00            .00
SEARS ROEBUCK & CO         UNSECURED        NOT FILED         .00            .00
SIR FINANCE                UNSECURED OTH     1156.00          .00         505.54
CARMAX AUTO FINANCE        UNSECURED OTH       25.23          .00          11.03
ERNESTO D BORGES JR        DEBTOR ATTY       2,294.00                    2,294.00
TOM VAUGHN                 TRUSTEE                                       2,456.88
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             44,640.00

PRIORITY                                          .00
SECURED                                      4,845.00
    INTEREST                                   129.37
UNSECURED                                   34,914.75
ADMINISTRATIVE                               2,294.00
TRUSTEE COMPENSATION                         2,456.88
DEBTOR REFUND                                     .00
                    --------------        --------------
TOTALS              44,640.00               44,640.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 39921 EDWARD J WHITAKER & MARVELL GOSS WHITAKER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE